# MEMORANDUM CASES

[Criminal No. 155.]

## THOMAS HART, Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the Third Judicial District in and for the County of Yuma. Webster Street, Judge.

H. C. Davis, and J. B. Woodward, Attorneys for Appellant.

C. F. Ainsworth, Attorney-General, for Respondent.

January 27, 1902. Dismissed.

[Civil No. 769.]

## A. REDEWILL, Appellant, v. C. W. STEVENS, Appellee.

APPEAL from the District Court of the Third Judicial District.

No appearance for Appellant.

J. L. B. Alexander, and G. P. Bullard, Attorneys for Appellee.

January 28, 1902. Affirmed on short transcript under par. 1583, Rev. Stats. Ariz. 1901.

[Civil No. 770.]

## JOSIAH HARBERT, Appellant, v. GERTRUDE A. HARBERT, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge.

No appearance for Appellant.

J. L. B. Alexander, and G. P. Bullard, Attorneys for Appellee.

January 28, 1902. Affirmed on short transcript under par. 1583, Rev. Stats. Ariz. 1901.